UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMIAH D. WALKER WASHINGTON, JR.,

                       Plaintiffs,

              -against-

JOHN MORLEY; DAVID DINELLO; ADBUL
QAYYAM; MARIO MALVAROSA; NORIEL
DeGUZMAN; DR. SUSAN MUELLER;
ALEXANDER BERGER; RAZIA FERDOUS;
PATRICK BIGAUD; MARY JO HUGHES; JON
MILLER; ANJUM HAQUE; LARA DARLING;
MIKHAIL GUSMAN; KAUSAR CHAUDHRY;
RICHARD D'AMICO,

                       Defendants.

---

21-CV-7159 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is currently incarcerated at Woodbourne Correctional Facility, brings this

*pro se* action under 42 U.S.C. § 1983 concerning events that occurred at Downstate Correctional

Facility, which is now closed. By order dated September 23, 2021, Chief Judge Laura T. Swain

granted Plaintiff's request to proceed *in forma pauperis* ("IFP").[1] On November 8, 2021, Chief

Judge Swain granted Plaintiff leave to file an amended complaint (ECF 5), and on January 11,

2022, the court's Clerk's Office received the amended pleading (ECF 7), in which Plaintiff

named several John Doe Defendants. On February 17, 2022, the action was reassigned to my

docket.

On February 18, 2022, the Court issued an order instructing the Clerk of Court to issue

summonses as to Defendants John Morley and Mikhail Gusman and to deliver the necessary

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

documents for service by the U.S. Marshals Service.  (ECF 9.)  The Court also directed the New

York State Attorney General to identify the full name of one of the defendants, Dr. David

Dinelio.  Finally, the Court directed Plaintiff to provide the Attorney General with more detailed,

descriptive information for the remaining Doe Defendants to assist the Attorney General in

identifying these Defendants.

On July 25, 2022, Plaintiff filed a second amended complaint (ECF 22), and on August 1,

2022, the Attorney General provided the addresses where some of the newly named Defendants

may be served.  The second amended complaint included addresses for the remaining

Defendants.

Accordingly, as set forth below, the Court directs service on Defendants (1) John Morley,

(2) David Dinello, (3) Adbul Qayyam, (4) Mario Malvarosa, (5) Noriel Deguzman, (6) Dr. Susan

Mueller, (7) Alexander Berger, (8) Razia Ferdous, (9) Patrick Bigaud, (10) Mary Jo Hughes,

(11) Jon Miller, (12) Anjum Haque, (13) Lara Darling, (14) Mikhail Gusman, (15) Kausar

Chaudhry, and (16) Richard D'Amico.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the U.S. Marshals Service to effect service.  *Walker v. Schult*, 717 F.3d 119, 123 n.6

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to

serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the

Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form

("USM-285 form") for Defendants.  The Clerk of Court is further instructed to issue summonses

and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants, complete the USM-285 forms with the addresses for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated:   August 22, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

3

## DEFENDANTS AND SERVICE ADDRESSES

1.      John Morley, M.D. Chief Medical Officer
        1220 Washington Avenue, Bldg. 9
        Albany, NY 12226

2.      Dr. David Dinello
        Auburn Correctional Facility
        135 State St.
        Auburn, NY 13024

3.      Dr. Adbul Qayyam
        Green Haven Correctional Facility
        594 NY-216
        Stormville, NY 12582

4.      Dr. Mario Malvarosa
        Fishkill Correctional Facility
        18 Strack Dr.
        Beacon, NY 12508

5.      Noriel DeGuzman
        Ulster Correctional Facility
        750 Berme Rd.,
        Napanoch, NY 12458

6.      Dr. Susan Mueller
        Fishkill Correctional Facility
        18 Strack Dr.
        Beacon, NY 12508

7.      Alexander Berger
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562

8.      Razia Ferdous
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562

9.      Patrick Bigaud
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562

10.   Mary Jo Hughes
      Coxsackie Correctional Facility
      P.O. Box 200
      Coxsackie, NY 12051-0200

11.   Jon Miller
      Coxsackie Correctional Facility
      P.O. Box 200
      Coxsackie, NY 12051-0200

12.   Anjum Haque
      Wende Correctional Facility
      3040 Wende Road
      Alden, NY 14004

13.   Lara Darling
      Wende Correctional Facility
      3040 Wende Road
      Alden, NY 14004

14.   Dr. Mikhail Gusman
      Sullivan Correctional Facility
      325 Riverside Drive, P.O. Box 116
      Fallsburg, NY 12733

15.   Kausar Chaudhry
      Clinton Correctional Facility
      P.O. Box 2000
      Dannemora, NY 12929

16.   Richard D'Amico
      Clinton Correctional Facility
      P.O. Box 2000
      Dannemora, NY 12929